UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STARLEEN CLINE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-CV-1090-B |
| | § | |
| CARNIVAL CORPORATION d/b/a | § | |
| CARNIVAL CRUISE LINES, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO SHOW CAUSE

Defendants filed their Motions to Dismiss on May 28, 2013. Despite the passing of the deadline for any response to the motions, Plaintiffs have not filed any response nor have they requested an extension of time for any response. As such, Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why they have not responded to Defendant's Motions to Dismiss. Plaintiffs must show cause by **June 28, 2013**. Failure to show cause may lead to sanctions, including possible dismissal of this case.

SO ORDERED.

SIGNED: June 19, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE